**James HILL, Appellant,**

v.

**Dave DORMIRE, Appellee.**

No. 06–2294.

United States Court of Appeals, Eighth Circuit.

Submitted: May 24, 2007.

Filed: May 30, 2007.

James Hill, Jefferson City, MO, pro se.

Gail Vasterling, John M. Roodhouse, Attorney General's Office, Jefferson City, MO, for Appellee.

Before SMITH, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

James Hill, a Missouri inmate, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against Dave Dormire, former superintendent at Missouri State Penitentia-

---

1. The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

ry (MSP). We grant Hill leave to proceed in forma pauperis on appeal.

Hill alleged that he had been exposed to a number of dangerous environmental conditions at MSP which had caused skin problems, stomach pain, nausea, diarrhea and vomiting. Having carefully reviewed the record, we agree with the district court that Hill offered no evidence that any medical problem he suffered was attributable to the alleged conditions and no evidence that Dormire was deliberately indifferent to a substantial risk of serious harm to him or other inmates. *See Choate v. Lockhart,* 7 F.3d 1370, 1373–74 (8th Cir.1993) (to establish Eighth Amendment violation, prisoner must show that alleged condition was objectively sufficiently serious and that prison officials' actions subjectively demonstrated deliberate indifference to prisoner's health or safety). Accordingly, we affirm. *See* 8th Cir. R. 47B.